DUDLEY B. KIMBALL, *ET UX*, PLAINTIFFS-PETITIONERS, v. J. L. BOLTON DOCKRELL, DEFENDANT-RESPONDENT.

*Messrs. Clapp & Eisenberg* and *Mr. Coleman F. Nichols* for the petitioners.

*Messrs. Egan, O'Donnell, Hanley & Clifford* for the respondent.

January 17, 1967.  Denied.

STATE OF NEW JERSEY, PETITIONER-RESPONDENT, v. HENRY T. FLORCZYK, DEFENDANT-PETITIONER.

*Mr. Charles B. Klitzman* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Morton Anekstein* for the respondent.

January 17, 1967.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ARTHUR IMPERATORE, DEFENDANT-PETITIONER.

See same case below: 92 *N. J. Super.* 347.

*Messrs. Major & Major* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Jeffrey R. Lowe* for the respondent.

January 17, 1967.  Denied.